RECEIVED

NOV 1 2 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY 

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT**

| | |
|---|---|
| DAVID L. ANDRE, individually and on behalf of all others similarly situated<br>　　　　　Plaintiffs, | CIVIL ACTION NO. 5:11-cv-00610<br><br>JUDGE STAGG |
| VERSUS | MAG. JUDGE HORNSBY |
| EXCO RESOURCES, INC. AND EXCO OPERATING COMPANY, LP<br>　　　　　Defendants. | CLASS ACTION |

## ORDER

Considering the Unopposed Motion for Attorneys Fees and Expenses and Class Representative Enhancements filed by the Court-appointed Settlement Class Counsel and the Settlement Agreement (Rec. Doc. 30-2),

**IT IS HEREBY ORDERED** that the Court approves the right of Settlement Class Counsel to seek an award of attorney fees and expenses, and an enhanced award to Settlement Class Representatives, not to exceed $30,000.00 for fees, $30,000.00 for expenses and $10,000.00 for enhancement awards, as provided in the Section 2(c) of the Settlement Agreement (Rec. Doc. 30-2).

**IT IS FURTHER ORDERED** that Settlement Class Counsel will file a motion for final determination and distribution of fees, expenses and enhanced awards within thirty (30) days of the effective date of the final approval of the Settlement Agreement.

Thus done and signed in Shreveport, Louisiana this 12th day of Nov., 2013.

　　　　　　　　　　　_____
　　　　　　　　　　　THE HONORABLE TOM STAGG
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE